UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE HARRIS, <br> 900 Brentwood Rd. <br> Washington, DC 20066, <br><br> Plaintiff, <br><br> v. <br><br> RUDOLPH CONTRERAS, <br> 333 Constitution Ave., NW <br> Washington, DC 20001, <br><br> Defendant. | Civil Action No. 12-1977 |

## NOTICE OF REMOVAL

The United States Attorney General, through the undersigned attorneys, hereby removes this case to U.S. District Court, pursuant to 28 U.S.C. §§ 1441, 1442(a)(1) & (3), 1446 and 2679(d)(2). In support of that notice, the Attorney General states as follows:

1. The Honorable Rudolph Contreras, U.S. District Judge, is the defendant in the civil action styled <u>Lawrence Harris v. Rudolph Contreras</u>, filed on October 26, 2012, in the Superior Court of the District of Columbia, and assigned Civil Action No. 2012-CA-008363. A copy of the complaint is attached hereto as Exhibit A. The civil action has not yet proceeded to trial. A recent copy of the Superior Court docket sheet is attached as Exhibit B.

2. At the time of the incidents alleged in the complaint, Defendant was a U.S. District Judge in the District of Columbia. Plaintiff's complaint alleges that Defendant committed "fraud," apparently in connection with his ruling dismissing a prior civil action Plaintiff pursued in U.S. District Court, specifically, in <u>Harris v. U.S. Supreme Court</u>, No. 12-1577-RC (dismissed

Oct. 23, 2012).  A copy of the dismissal order is attached as Exhibit C.   (Plaintiff filed No. 12-1577-RC originally in Superior Court as well.)

3.  On the basis of the Complaint and other available information, Daniel F. Van Horn, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Judge Contreras was acting within the scope of his federal offices or employment at the time of the alleged incidents.  *See* Exhibit D hereto.  *Accord* 28 C.F.R. § 15.4.  This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law and without order of the Court, be substituted for Judge Contreras as the sole defendant in this action.  In addition, the certification means that this action "shall be removed" to District Court, pursuant to 28 U.S.C. § 2679(d)(2).

4.  Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against an official of the United States government, for actions allegedly taken while acting within the scope of his office or employment, and therefore removal is authorized by 28 U.S.C. §§ 1441(a) and 1442(a)(1) & (3).

5.  Because Plaintiff's claims sound in tort -- he alleges "fraud" and indicated the personal tort of "fraud" on the Superior Court Information Sheet, *see* Exhibit A -- removal is also authorized by 28 U.S.C. § 2679(d)(2).  *See also* 28 U.S.C. § 2671 (defining "agency" to include the federal judiciary for purposes of the Federal Tort Claims Act).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, <u>Lawrence Harris v. Rudolph Contreras</u>, No. 2012-CA-008363 (filed Oct. 26, 2012) is properly removed to this Court pursuant to 28 U.S.C. §§ 1441(a), 1442 (a)(1) & (e), 1446, and 2679(d)(2).

December 10, 2012                    Respectfully submitted,

                                                RONALD C. MACHEN JR., D.C. Bar #447889  
                                                United States Attorney  
                                                for the District of Columbia

                                                DANIEL F. VAN HORN, D.C. Bar # 924092  
                                                Chief, Civil Division

                                                By:  /s/  
                                                ALAN BURCH, D.C. Bar # 470655  
                                                Assistant United States Attorney  
                                                555 4th St., N.W.  
                                                Washington, D.C. 20530  
                                                (202) 514-7204, alan.burch@usdoj.gov

## Certificate of Service

I certify that a copy of the foregoing Notice of Removal of Civil Action (with Exhibits) was served by first class mail upon pro se Plaintiff, on this 10th day of December, 2012, addressed to:

LAWRENCE HARRIS
900 Brentwood Rd.
Washington, DC 20066

By:   /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney